

NUMBER 13-19-00576-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

PATRICIA GONZALEZ GONZALEZ,                                          Appellant,

V.

JAIME RUIZ PEREZ,                                                    Appellee.

On Appeal from the 92nd District Court
of Hidalgo County, Texas.

## ORDER ABATING APPEAL

Before Chief Justice Contreras and Justices Longoria and Perkes
Order Per Curiam

This cause is before the Court on the agreed, joint motion to abate appeal pending settlement negotiations and further action by trial court to allow the parties the opportunity to engage in settlement negotiations, via mediation, and a follow-up hearing at the trial court.

The Court, having examined and fully considered the documents on file and the agreed, joint motion to abate, is of the opinion that the agreed, joint motion to abate the appeal pending settlement should be granted. The joint motion to abate the appeal pending settlement is GRANTED and this appeal is ordered ABATED.

The Court directs appellants to file, on or before February 10, 2020, either (1) a motion to reinstate the appeal, or (2) a motion to dismiss the appeal pursuant to settlement.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed this
the 29th day of January, 2020.